# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800007**

_____

## UNITED STATES OF AMERICA
Appellee

v.

## NATASHA H. MURRAY
Boatswain's Mate Seaman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS John C. Stennis (CVN 74).
Staff Judge Advocate's Recommendation: Lieutenant Commander Nathaniel R. Gross, JAGC, USN.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 April 2018

_____

Before HUTCHISON, PRICE, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will set forth Specification 3 of Charge II to include the plea and finding to that offense.

For the Court



R.H. TROIDL
Clerk of Court